**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EBONE LEROY EAST, | NO. ED CV 09-655-GW(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al., | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

   IT IS ORDERED that Judgment shall be entered dismissing the Sixth Amended Complaint and the action without leave to amend and with prejudice.

///

///

1 | IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 | this Order and the Judgment of this date on Plaintiff.

4 | DATED: November 28, 2011.

```
                         _____
                              GEORGE H. WU
                         UNITED STATES DISTRICT JUDGE
```

2