**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EBONE LEROY EAST, | ) | NO. ED CV 09-655-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Sixth Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: November 28, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE